# 13-51098

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TRANSVERSE, LLC,
PLAINTIFF-APPELLEE CROSS-APPELLANT,

v.

IOWA WIRELESS SERVICES, LLC
d/b/a i wireless,
DEFENDANT-APPELLANT CROSS-APPELLEE

On Appeal from the United States District Court for the
Western District of Texas, Austin Division
No. 1:10-cv-00517-LY

DEFENDANT-APPELLANT CROSS-APPELLEE IOWA WIRELESS SERVICES, LLC
MOTION TO SUPPLEMENT THE RECORD AND VIEW SEALED DOCUMENTS

Defendant-Appellant Cross-Appellee Iowa Wireless Services, LLC, ("IWS") respectfully moves to supplement the record and view Sealed Exhibit No. 643, and would respectfully show as follows:

1  Sealed Exhibit No. 643 contains documents for which Transverse claimed privilege during trial. Tr. III: 250-68.

2. The District Court sustained Transverse's claim of privilege, denied IWS's request to introduce these documents at trial, and subsequently sealed the documents as IWS Exhibit No. 643, for appeal. Tr. IV: 1-5, 181.

3. In order to determine whether the District Court's decision to sustain Transverse's claim of privilege and preclude IWS from introducing the above referenced documents constitutes error, counsel for IWS needs to ascertain and review the contents of those documents.

4. Therefore, IWS moves to supplement the record with this Sealed Exhibit 643 and to view the document.

> Respectfully submitted,
>
> */s/ Sidney Powell*
> **SIDNEY POWELL, P.C.**
> Sidney Powell, SBN 16209700
> Torrence E. Lewis
> IL Bar No. 6291186
> PA Bar No. 315554
> 3831 Turtle Creek Blvd. #5B
> Dallas, TX 75219
> Telephone: (214) 653-3933

**ATTORNEYS FOR DEFENDANT-APPELLANT CROSS-APPELLEE
IOWA WIRELESS SERVICES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of Defendant-Appellant Cross-Appellee's Motion was delivered by electronic case filing to the Clerk of the Court and to counsel for Plaintiff-Appellee Cross-Appellant on February 10, 2014:

Raymond E. White
McGinnis, Lochridge & Kilgore, L.L.P.
600 Congress Avenue, Suite 2100
Austin, TX 78701

/s/ Sidney Powell
Sidney Powell